AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |
|---|---|---|

|  |  |
|---|---|
| Gossage, et al. | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. |  |
| City of Petaluma | **CASE NUMBER:** 4:21-mc-80240-EC |
| Defendant (s), |  |

Notice is hereby given that, subject to approval by the court, See attachment for list of Plaintiffs substitutes
(Party (s) Name)

Colleen S. O'Neal _____ , State Bar No. 108042 _____ as counsel of record in
(Name of New Attorney)

place of   In Pro Per Plaintiffs as listed in attached Plaintiff's list _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Colleen S. O'Neal |
|---|---|
| Address: | 988 Kenmore Ln, Santa Rosa, CA 95407-6723 |
| Telephone: | (707) 696-8514     Facsimile |
| E-Mail (Optional): | colleensoneallegal@gmail.com |

I consent to the above substitution.

Date: _____        _____
(Signature of Party (s))

I consent to being substituted.

Date: _____        _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/11/21        *Colee S. O'Neal*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/13/2021        _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

*Gossage v. City of Petaluma*                     Case No.: 4:21-mc-80240-EC

**Attachment to Substitution of Attorney - Plaintiff list:**

Sarah Gossage                     Date: 10.9.2021

Janine Naretto                     Date: 10-9.20

Matthew Erickson                     Date: 10-9-2021

Kamonchanok Chumwangwapi                     Date: 10/9-2021

Eugene Reilly Drake                     Date: 09-2021

Jonathan Thomas                     Date: 10/11/21